BOSTON AND MAINE RAILROAD, Respondent, *v.* STANDARD WALL PAPER COMPANY, Appellant.

*Railroads — freight rates — when agreement that no charge shall be made for moving cars between main line of railroad and mill yard of defendant void as constituting an unlawful rebate.*

*Boston & Maine R. R. v. Standard Wall Paper Co.*, 191 App. Div. 307, affirmed.

(Argued January 16, 1922; decided January 31, 1922.)

APPEAL from a judgment, entered April 19, 1920, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term, and directing judgment in favor of plaintiff. This action was brought to recover railway charges made in accordance with tariff rates duly published, posted and filed, for services in handling out-bound and in-bound freight in less than carload lots, and for transporting the same in ferry cars between the freight yards of the plaintiff and the mill yard of the defendant, both situate in the village of Schuylerville. The complaint was dismissed by the trial court, on the ground that the predecessors in title of these parties in the year 1898, long before the services in question were performed, for a valuable consideration agreed among themselves that " no charge or extra charge shall be made by said railroad company for moving freight or freight cars loaded or empty to, from or between its main line in the village of Schuylerville and the plant of defendant." The Appellate Division held that the agreement provided for an unlawful rebate and was void.

*Joseph A. Kellogg* and *Willoughby L. Sawyer* for appellant.

*William L. Visscher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.